## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 6/25/2020 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | SEIZURE & FORFEITURE |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 12/14/2020 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 269th |
| **Address** | 201 CAROLINE (Floor: 13) HOUSTON, TX 77002 Phone:7133686370 |
| **JudgeName** | CORY SEPOLIO |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| STATE OF TEXAS | PLAINTIFF - CIVIL | | BEAVERS, ANGELA JEWEL |
| FIVE REELS OF COILED TUBING | DEFENDANT - CIVIL | | |
| SHAVANDI, ALI M | DEFENDANT - CIVIL | | |
| TWO PALLETS OF TURBINE ENGINE PARTS | DEFENDANT - CIVIL | | |
| THIRTEEN PALLETS OF INDUSTRIAL OILFIELD HOSES | DEFENDANT - CIVIL | | |
| FIVE PALLETS OF BLOW OUT PREVENTURES | DEFENDANT - CIVIL | | |

| | | |
|---|---|---|
| SHAVANDI, ALI M BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | REGISTERED AGENT | |
| T S D S R L | DEFENDANT - CIVIL | CAFLISCH, GIORGIO |
| T S D S R L BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | REGISTERED AGENT | |
| T S D S R L (TSD) BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | REGISTERED AGENT | |
| SHAVANDI, ALI M BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | REGISTERED AGENT | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 12/14/2020 | ANSWER SECOND AMENDED ORIGINAL PETITION | | | 0 | | CAFLISCH, GIORGIO | T S D S R L |
| 12/14/2020 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 12/14/2020 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 9/8/2020 | SECOND AMENDED ORIGINAL PETITION | | | 0 | | BEAVERS, ANGELA JEWEL | STATE OF TEXAS |
| 7/14/2020 | PLAINTIFF'S FIRST AMENDED PETITION | | | 0 | | BEAVERS, ANGELA JEWEL | STATE OF TEXAS |
| 6/25/2020 | ORIGINAL PETITION | | | 0 | | BEAVERS, ANGELA JEWEL | STATE OF TEXAS |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (SEIZURE AND FORFEITURE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SHAVANDI, ALI M BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | 6/25/2020 | 6/25/2020 | | | | 73761355 | E-MAIL |
| CITATION (SEIZURE AND FORFEITURE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | SHAVANDI, ALI M BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | 7/14/2020 | 7/14/2020 | | | | 73767283 | E-MAIL |
| CITATION (SECRETARY OF STATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | T S D S R L BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | 9/8/2020 | 9/8/2020 | | | | 73784844 | E-MAIL |

1019 BRAZOS STREET AUSTIN TX 78701

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (SECRETARY | SERVICE ISSUED/IN | AMENDED ORIGINAL | T S D S R L (TSD) BY | 9/8/2020 | 9/8/2020 | | | | 73784847 | E-MAIL |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| OF STATE) | POSSESSION OF SERVING AGENCY | PETITION | SERVING THROUGH THE TEXAS SECRETARY OF STATE | | | | | |
| | 1019 BRAZOS STREET AUSTIN TX 78701 | | | | | | | |
| CITATION (SECRETARY OF STATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | AMENDED ORIGINAL PETITION | SHAVANDI, ALI M BY SERVING THROUGH THE TEXAS SECRETARY OF STATE | 9/8/2020 | 9/8/2020 | | 73784971 | E-MAIL |
| | 1019 BRAZOS STREET AUSTIN TX 78701 | | | | | | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 93494865 | Special Appearance of TSD SRL | | 12/14/2020 | 7 |
| 93509345 | T.S.D. S.R.L.?S Answer to Pltf's Second Amended Not of Seizure and Intended forfeiture | | 12/14/2020 | 3 |
| 92066130 | Plaintiff's Second Amended Notice of Seizure and Intended Forfeiture | | 09/08/2020 | 5 |
| 91293802 | Plaintiff's First Amended Notice of Seizure and Intended Forfeiture | | 07/14/2020 | 5 |
| 91075115 | Plaintiff's Notice of Seizure and Intended Forfeiture | | 06/25/2020 | 5 |