NO. 2020-37989

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| THIRTEEN PALLETS OF INDUSTRIAL | § | |
| OILFIELD HOSES AND FIVE PALLETS | § | |
| OF BLOWOUT PREVENTERS | § | 269TH JUDICIAL DISTRICT |

## APPENDIX "C"

## LIST OF ALL COUNSEL OF RECORD

James Murphy
SBN: 24046500
Assistant District Attorney
Harris County, Texas
500 Jefferson, Suite 600
Houston, Texas 77002
Telephone: (713) 274-5570
Facsimile: (713) 437-4967
Email: murphy_james@dao.hctx.net

**ATTORNEY FOR PLAINTIFF**


Giorgio "George" Caflisch
SBN: 03588720
Sheehy, Ware & Pappas, P.C.
909 Fannin, Suite 2500
Houston, Texas 77010
Telephone: (713) 951-1010
Facsimile: (713) 951-1199
Email: gcaflisch@sheehyware.com

**ATTORNEY FOR DEFENDANT T.S.D. S.R.L.**