IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | C.A. NO. 4:20-cv-04265 |
| | § | |
| vs. | § | JURY REQUESTED |
| | § | |
| THIRTEEN PALLETS OF INDUSTRIAL | § | JUDGE CHARLES ESKRIDGE |
| OILFIELD HOSES AND FIVE PALLETS | § | |
| OF BLOWOUT PREVENTERS | § | |

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant T.S.D. S.R.L. submits its Certificate of Interested Parties and Corporate Disclosure Statement as required by Fed. R. Civ. P. Rule 7.1 and the Court's Order for Conference and Disclosure of Interested Parties dated December 28, 2020.

I.

The undersigned counsel of record for Defendant T.S.D. S.R.L. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:   State of Texas

Defendant:   T.S.D. S.R.L.

2.

The undersigned counsel of record for Defendant T.S.D. S.R.L. further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, corporations, affiliates, parent corporations or other entities having a financial interest in the outcome of this particular case:

(a)   South East Texas Export Investigation Group.

Respectfully submitted,

SHEEHY, WARE & PAPPAS, P.C.

By: */s/ Giorgio Caflisch*
    Giorgio "George" Caflisch, Esq.
    State Bar No. 03588720
    U.S.S.D. Tex. No. 8731
    909 Fannin Street, Suite 2500
    Houston, TX  77010
    Phone:  (713) 951-1000
    Fax:  (713) 951-1199
    krowley@sheehyware.com
    gcaflisch@sheehyware.com

ATTORNEYS FOR DEFENDANT
T.S.D. S.R.L.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January 2021, a true and correct copy of the foregoing document was electronically filed with ECF and served electronically on all counsel of record.

*/s/ Giorgio Caflisch*
Giorgio "George" Caflisch

4234901v1