# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

State of Texas
V.
Thirteen Pallets of Industrial Oilfield Hoses and
Five Palleys of Blowout Preventers, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 4:20-cv-04265

| PRESIDING JUDGE Charles Eskridge | | | PLAINTIFF'S ATTORNEY Angela Beavers, and James Murphy | | DEFENDANT'S ATTORNEY Giorgio Caflisch |
|---|---|---|---|---|---|
| TRIAL DATE (S) 02/24/2021 | | | COURT REPORTER ERO | | COURTROOM DEPUTY Jennelle Gonzalez |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 1 -AES shipment record |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 2 - Electronic Export Information |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 3 - Copy of search warrant |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 4 - http://www.talashgara-sanat.com webpage information |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 5 - Email exchange between T.S.D. S.R.L. and Airpack |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 6 - Copy of emailed contract |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 7 - Email exchange between H. Gohari and T.S.D. S.R.L. |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 8 - Email copy of Freight receipt |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 9 - Email exchange between T.S.D. and Ectipsa |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 10 - Email copy of purchase contract |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 11 - Email copy of signed purchase contract |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 12 - Email copy of payment received |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 13 - Email exchange between T.S.D. regarding inquiry for parts |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 14 - Copy of search warrant |
| X | | 2/24/2021 | X | X | Plaintiff's Exhibit 15 - Copy of search warrant |
| | X | 2/24/2021 | X | X | Defendant's Exhibit 1 - Copy of settlement agreement |
| | | 2/24/2021 | X | X | Respondent's Exhibit 1 - Photograph (4:20-cv-3610) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.