

**U.S. DEPARTMENT OF COMMERCE**
Office of Export Enforcement

# WARNING

This shipment is being held for examination and must not be loaded aboard carrier or otherwise removed without authorization of the Office of Export Enforcement, U.S. Department of Commerce. Penalty for failure to observe this requirement may be fine and / or imprisonment.

Place: Hobby Air Port / million Av Houston
Date: 6 July 2020     Paul Mack 202-734-9675
Special Agent

---

**U.S. DEPARTMENT OF COMMERCE**
Office of Export Enforcement

# WARNING

This shipment is being held for examination and must not be loaded aboard carrier or otherwise removed without authorization of the Office of Export Enforcement, U.S. Department of Commerce. Penalty for failure to observe this requirement may be fine and / or imprisonment.

Place: Hobby Air Port
Date: 26 May 2020     Paul Mack 202-734-9675
Special Agent